JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:  (408) 291-7753
Facsimile:   (408) 291-7399
Email:         Dejan_Gantar@fd.org

Counsel for Defendant HERNANDEZ-DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-CR-438 PCP (VKD) |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE; [~~PROPOSED~~] ORDER |
| v. | |
| IVAN HERNANDEZ-DIAZ, | |
| Defendant. | |

      Defendant Ivan Hernandez-Diaz, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Jeffrey Backhus, hereby stipulate and respectfully request that the Court modify Mr. Hernandez-Diaz's conditions of pretrial release to allow him to leave the halfway house, with prior approval from Pretrial Services, for the following reasons: medical appointments; legal appointments; and court appearances.

      On December 19, 2025, this Court ordered Mr. Hernandez-Diaz released to the halfway house in San Francisco. Mr. Hernandez-Diaz has resided at that location since his release. Pretrial Services has submitted a referral for his mental health/substance abuse counseling evaluations. Since his release, Mr. Hernandez-Diaz injured his ankle, requiring medical attention. Pretrial has informed the

parties that under his current conditions, he is not permitted to leave the halfway house, for any reason. As such, the parties make the instant request.

    Defense counsel has conferred with Pretrial Services Officer Vanessa Vargas, who does not oppose this request.

    IT IS SO STIPULATED.

Dated:   January 8, 2026

                      JODI LINKER
                      Federal Public Defender
                      Northern District of California

                      */S/ Dejan M. Gantar*
                      DEJAN M. GANTAR
                      Assistant Federal Public Defender

Dated:   January 8, 2026

                      CRAIG H. MISSAKIAN
                      United States Attorney
                      Northern District of California

                      */S/ Jeffrey Backhus*
                      JEFFREY BACKHUS
                      Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, upon the parties' stipulation, IT IS HEREBY ORDERED that the defendant's pretrial release conditions are modified as follows:

The Defendant is permitted to leave the halfway house, with prior approval from Pretrial Services, for the following reasons medical: appointments; legal appointments; and court appearances.

All other conditions to remain in full effect.

IT IS SO ORDERED.

Dated:  January 8, 2026

THE HONORABLE VIRGINIA DEMARCHI
United States Magistrate Judge