## PROPOSED ORDER/COVER SHEET

**TO:**     **Honorable Virginia K. Demarchi**          **RE:**   **HERNANDEZ-DIAZ, Ivan Alejandro**
            **U.S. Magistrate Judge**

**FROM:**   **Silvio Lugo, Chief**                      **Docket No.:**      **5:25-cr-00438-PCP-2**
            **U.S. Pretrial Services Officer**

**Date:**    **1/20/26**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Vanessa Vargas                                            (415) 961-1493

U.S. Pretrial Services Officer                            **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s) to add the following condition:

1. The defendant may leave the halfway house, with prior approval of Pretrial Services for the following reasons: ***substance abuse, mental health treatment,*** medical, legal appointments, and court appearances.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☒   Other Instructions:

The Court further orders:  Consistent with Pretrial Services' usual practice, once a schedule for defendant's

substance abuse and mental health treatment services is approved by Pretrial Services, defendant need not seek prior approval for each treatment session.

*Virginia K. DeMarchi*                    January 21, 2026
**JUDICIAL OFFICER**                      **DATE**