CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

 60 South Market Street, Suite 1200
 San Jose, California 95113
 Telephone: (408) 535-5080
 FAX: (408) 535-5066
 jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 25-00438-PCP |
|   Plaintiff, | STIPULATION TO EXCLUDE TIME FROM 1/21/2026, TO 3/25/2026, AND [~~PROPOSED~~] ORDER |
|  v. | |
| IVAN ALEJANDRO HERNANDEZ-DIAZ | |
|   Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant IVAN ALEJANDRO HERNANDEZ-DIAZ, that time be excluded under the Speedy Trial Act from 1/21/2026, through 3/25/2026.

At the status conference held on 1/21/2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing upcoming discovery. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until 3/25/2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from 1/21/2026, through 3/25/2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER        v. 9/18/2025
Case No. CR 25-00438-PCP        1

speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 23, 2026                                    /s/
                                                     JEFFREY A. BACKHUS
                                                     Assistant United States Attorney


DATED: January 23, 2026                                    /s/
                                                     DEJAN GANTAR
                                                     Assistant Federal Public Defender
                                                     Counsel for Defendant IVAN ALEJANDRO
HERNANDEZ-DIAZ

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on 1/21/2026, and for good cause shown, the Court finds that failing to exclude the time from 1/21/2026, through 3/25/2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from 1/21/2026, to 3/25/2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from 1/21/2026, through 3/25/2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


DATED:  January 23, 2026                       _____
                                                     VIRGINIA K. DEMARCHI
                                                     United States Magistrate Judge