JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:        Dejan_Gantar@fd.org

Counsel for Defendant HERNANDEZ-DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 25-CR-438 PCP (NC) |
| Plaintiff, | **STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE; [PROPOSED] ORDER** |
| v. | |
| IVAN HERNANDEZ-DIAZ, | |
| Defendant. | |

Defendant Ivan Hernandez-Diaz, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Jeffrey Backhus, hereby stipulate and respectfully request that the Court temporarily modify Mr. Hernandez-Diaz's conditions of pretrial release to allow him to leave the halfway house from 12pm-7pm on Monday, February 2, 2026, and travel to Santa Cruz to attend his cousin's funeral.

Pretrial Services does not object to this temporary travel. As such, the parties request that the Court exercise its authority to modify the Conditions of Release and Appearance, as stipulated.

STIPULATION AND [PROPOSED] ORDER
*HERNANDEZ-DIAZ*, 25-CR-438 PCP (NC)

1

IT IS SO STIPULATED.


Dated:    January 30, 2026

JODI LINKER
Federal Public Defender
Northern District of California

*/S/ Dejan M. Gantar*
DEJAN M. GANTAR
Assistant Federal Public Defender


Dated:    January 30, 2026

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

*/S/ Jeffrey Backhus*
JEFFREY BACKHUS
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
*HERNANDEZ-DIAZ*, 25-CR-438 PCP (NC)

2

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, upon the parties' stipulation, IT IS HEREBY ORDERED that the Conditions of Pretrial Release and Appearance be modified such that Pretrial Services may permit defendant Ivan Hernandez-Diaz to leave the halfway house from 12pm-7pm on Monday, February 2, 2026, for the purpose of traveling to Santa Cruz, California, to attend his cousin's funeral.

All other conditions to remain in full effect.

IT IS SO ORDERED.

Dated:        January 30, 2026

THE HONORABLE NATHANAEL COUSINS
United States Magistrate Judge

[~~PROPOSED~~] ORDER
*HERNANDEZ-DIAZ*, CR 25–438 PCP (VKD)

1